UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELLEN BOGAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>INDIANA STATE POLICE TROOPER )<br>BRIAN HAMILTON, in his individual )<br>capacity, )<br>)<br>    Defendant. ) | No. 1:14-cv-1545<br><br>JURY TRIAL REQUESTED |

**Complaint for Damages**

**Introduction**

1.  After conducting a traffic stop at which Indiana State Police Trooper Brian Hamilton presented Ms. Bogan with a warning ticket, Trooper Hamilton prolonged the stop by asking Ms. Bogan, among other things, if she had accepted Jesus Christ as her savior and then presented her with a pamphlet from the First Baptist Church in Cambridge that informed the reader that he or she is a sinner; listed God's Plan of Salvation, noting that the person must realize that "the Lord Jesus Christ paid the penalty for your sins; and, advertised a radio broadcast entitled "Policing for Jesus Ministries." The actions of defendant Trooper Hamilton violated Ms. Bogan's rights under both the First and Fourth Amendments to the United States Constitution. Ms. Bogan is entitled to her damages.

**Jurisdiction, venue, and cause of action**

2.  This Court has jurisdiction of this case pursuant to 28 U.S.C. §§ 1331 and 1343.

3.  Venue is proper in this district under 28 U.S.C. § 1391 inasmuch as the events giving rise to the claim took place in Union County, Indiana.

4. This case is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States.

**Parties**

5. Ellen Bogan is an adult resident of Huntington County, Indiana, although she also has a residence in Florida.

6. Trooper Brian Hamilton is an adult employed by the Indiana State Police.

**Facts**

7. On August 9, 2014, Ms. Bogan was travelling north on U.S. Highway 27 in Union County.

8. Trooper Brian Hamilton was on duty and driving a marked Indiana State Police car southbound on U.S. Highway 27.

9. Trooper Hamilton turned on his lights and made a u-turn behind Ms. Bogan and Ms. Bogan pulled over.

10. Trooper Hamilton approached Ms. Bogan and she rolled down her car's windows. He spoke to her through the passenger window.

11. He informed her that she had been pulled over for an illegal pass.

12. Ms. Bogan did not pass anyone illegally.

13. He asked for, and received, Ms. Bogan's driver's license and then went to his vehicle. He came back a few minutes later and gave Ms. Bogan her license back and gave her a warning ticket for speeding.

14. After giving her this material there was no reason to further prolong the stop.

15. Nevertheless, Trooper Hamilton remained at Ms. Bogan's car window and his car remained behind Ms. Bogan's car. The Trooper's car's lights remained flashing.

16. Given that the Trooper remained at her window talking to her with his police care behind her car with its lights flashing, Ms. Bogan did not believe that she could leave and a reasonable person would not have believed that they could leave.

17. The Trooper then asked her if he could ask her a personal question. Ms. Bogan did not feel she could refuse and when she assented the Trooper asked if she was from the Richmond area.

18. When Ms. Bogan indicated that she was not the Trooper asked her if he could ask another personal question. Again, Ms. Bogan assented because she did not feel she could or should refuse.

19. The Trooper then asked her if she had a home church and then asked if she had accepted Jesus Christ as her savior.

20. Ms. Bogan said yes to both of these questions because she wanted to terminate the conversation and she believed this was the best way to do so. She did not feel at liberty to say no.

21. The Trooper then asked Ms. Bogan if he could ask her one more thing and asked if he could give her something.

22. Again, Ms. Bogan did not feel that she could disagree.

23. She therefore assented and the Trooper went this car and returned with the attached pamphlet (Exhibit 1) from the First Baptist Church in Cambridge City, Indiana, that notes, among other things, that one of the Church's ministries is a radio broadcast from Trooper Dan Jones entitled "Policing for Jesus Ministries." The pamphlet also outlines "God's Plan of Salvation" that requires the reader to acknowledge that she is a sinner and to realize that

"Salvation is a gift and is received by faith in Jesus Christ" and that "the Lord Jesus Christ paid the penalty for your sins."

24. Ms. Bogan said thank you to the Trooper and the Trooper said "God Bless You," and returned to his car.

25. Given all the circumstances, the proselytizing by Trooper Hamilton of Ms. Bogan was coercive. It was unwanted.

26. The coercive questioning and proselytizing by Trooper Hamilton was extremely upsetting to Ms. Bogan.

27. The proselytizing and coercive questions about religion unreasonably prolonged the traffic stop.

28. At all times defendant acted under color of state law.

**Jury trial demand**

29. Plaintiff requests a trial by jury of all claims so triable.

**Legal claims**

30. To the extent that Trooper Hamilton unreasonably extended the length of the traffic stop beyond the time necessary to present Ms. Bogan with a warning ticket Trooper Hamilton violated the Fourth Amendment to the United States Constitution.

31. Trooper Hamilton's proselytizing and coercive questions concerning Ms. Bogan's religious beliefs violated the First Amendment to the United States Constitution.

**Request for relief**

WHEREFORE, Ellen Bogan requests that this Court:

a. Accept jurisdiction of this case and set it for hearing at the earliest opportunity.

b. Award her damages after a trial by jury.

  c.  Award her costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988.

  d.  Enter all other necessary and proper relief.

*s/ Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org


*s / Kelly R. Eskew*
Kelly R. Eskew
No. 22953-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
keskew@aclu-in.org

Attorneys for Plaintiff