**We are a Bible believing church that desires to see families and individuals know God, and His plan for their lives.**

- We teach and train Christians about how the Bible leads us to live a victorious life in Christ.
- We are a church concerned about this lost and dying world.
- We actively seek people who want a personal relationship with God.
- We strive to bring glory and honor to our Lord and Saviour Jesus Christ.
- We are missions minded.

**Basic Church Information**

- Sunday School is separated by age groups and consists of Bible-based teaching.
- Nursery service is provided.

Please join us this Sunday!

# First Baptist Church

106 E. Main Street
P.O. Box 49
Cambridge City, IN 47327

Phone: (765) 478-3988

***Pastor Dan Jones & Family***

**Some Ministries of our Church**

**Radio Broadcast:** Trooper Dan Jones

"Policing For Jesus Ministries" every Sunday at 9:30AM on 104.5 FM WJCF and also on 94.3 FM WIFE at 10:00 AM.

# FIRST BAPTIST CHURCH

**First Baptist Church is a Bible-based church that desires to see people know God better.**

**You are invited to worship with us.**
*"...they that worship him must worship him in spirit and in truth."* John 4:24

✞ We would like nothing more than to have you come to know the Lord and learn from His Holy Book, the Bible.

✞ Our services are traditional and are based on helping Christians grow in the Lord and help win the lost to saving faith in Jesus Christ.

✞ Our concern is more with the hearts of people and not their outward appearance.

✞ Our vision is to reach the world for Jesus Christ, beginning with families in Cambridge City, Indiana.

*"And he (Jesus Christ) said unto them, Go ye into all the world, and preach the gospel to every creature."* Mark 16:15

**Please join us anytime.**
**Sunday School: 9:30 AM**
**Sunday Morning Service: 10:30 AM**
**Sunday Evening Service: 6:00 PM**
(Nursery Service Provided)

**We are looking for you and your family to be our guests this Sunday!**

**Our Purpose.**

First Baptist Church is an independent church that was established in 1833. Our purpose as a local church has been to unite in worship, fellowship, and Christian service in accordance with the direction given us in the New Testament. We seek to maintain an active program of teaching and preaching "the whole counsel of God" and work both individually and collectively to win lost souls to saving faith in Jesus Christ in our community as well as around this country and the world.

**What Differentiates Us From Other Churches?**

We believe the Holy Scriptures of the Old and New Testament to be the inspired word of God. The Scriptures are inerrant, infallible and God-breathed, and therefore are the final authority for faith and life.

**"The words of the LORD are pure words: as silver tried in a furnace of earth, purified seven times. Thou shalt keep them, O LORD, thou shalt preserve them from this generation for ever."**

**Psalms 12:6-7**

EXHIBIT 1

## God's Plan of Salvation

1. REALIZE YOU'RE A SINNER.
***"For all have sinned, and come short o the glory of God;"*** Romans 3:23

2. REALIZE THE PENALTY OF SIN.
***"For the wages of sin is death;"*** Romans 6:23a
***"death and hell were cast into the lake o fire."*** Revelation 20:14

3. REALIZE THE LORD JESUS CHRIS PAID THE PENALTY FOR YOUR SINS.
***"But God commendeth his love towa us, in that, while we were yet sinner Christ died for us."*** Romans 5:8

4. SALVATION IS A GIFT AND IS RI CEIVED BY FAITH IN JESUS CHRIST.
***"...the gift of God is eternal life throug Jesus Christ our Lord"*** Romans 6:23b
***"That if thou shalt confess with th mouth the Lord Jesus, and shalt belie in thine heart that God hath raised hi from the dead, thou shalt be saved. F with the heart man believeth unto rig eousness; and with the mouth confe sion is made unto salvation...For whos ever shall call upon the name of the Lo shall be saved."*** Romans 10:9-10,13

**Jesus said:** *"I am the way, the truth, a the life: no man cometh unto the Father, b by me."* John 14:6

Please contact us to learn more about God's gift of eternal life and for help in your new life in Christ Jesu